1

2

3

4

5

6                                    IN THE UNITED STATES DISTRICT COURT

7

8                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   TEFERI KITAW BEYENE,

                     Plaintiff,

11                                                             No. C 12-01149 WHA

        v.

12
     JANET NAPOLITANO, Secretary, United States
13   Department of Homeland Security; ALEJANDRO        **JUDGMENT**
     MAYORKAS, Director, United States Citizenship
14   and Immigration Services; JERRY HEINAUER,
     Director of Nebraska Service Center,
15
                     Defendants.
16   _____/

17
            For the reasons stated in the accompanying order granting defendants Janet Napolitano,
18
     Alejandro Mayorkas, and Jerry Heinauer's motion for summary judgment and denying plaintiff
19
     Teferi Kitaw Beyene's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED**
20
     in favor of Janet Napolitano, Alejandro Mayorkas, and Jerry Heinauer's and against plaintiff
21
     Teferi Kitaw Beyene.  The Clerk **SHALL CLOSE THE FILE**.
22

23
            **IT IS SO ORDERED.**
24

25
     Dated: July 13, 2012.
26                                                     _____
                                                       WILLIAM ALSUP
27                                                     UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California