IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEFERI KITAW BEYENE,

    Plaintiff,

  v.

JANET NAPOLITANO, Secretary, United States Department of Homeland Security; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; JERRY HEINAUER, Director of Nebraska Service Center,

    Defendants.

No. C 12-01149 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendants Janet Napolitano, Alejandro Mayorkas, and Jerry Heinauer's motion for summary judgment and denying plaintiff Teferi Kitaw Beyene's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Janet Napolitano, Alejandro Mayorkas, and Jerry Heinauer's and against plaintiff Teferi Kitaw Beyene. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE